El Pueblo *v.* Capproutt et al.

Apelación procedente de la Corte de Distrito de

San Juan

No. 15.   Resuelto en Junio 9, 1905.

Apelación.—Pliego de excepciones.—Relación de hechos.—Errores manifiestos.—No habiendo pliego de excepciones, ni relación de hechos, ni apareciendo de los autos que se hubiera cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Anderson y Falcón.*

Abogado del apelado: *Sr. Rossy,* Fiscal.

EL JUEZ ASOCIADO SR. HERNÁNDEZ, emitió la opinión del Tribunal.

El presente es un recurso de apelación interpuesto por James Capproubtt y María Miranda contra sentencia de la Corte de Distrito de San Juan de 23 de Agosto del año ppdo. que en grado de apelación les condena en causa por adulterio á la multa de doscientos y cien dollars respectivamente, debiendo ser reducidos á prisión mientras la multa no sea satisfecha por un término de noventa días, con las costas á cargo de los acusados.

No se ha presentado por los abogados de los apelantes relación alguna de hechos, ni pliego de excepciones, ni figura en el record la más ligera protesta contra los procedimientos de la Corte sentenciadora, ni tampoco ante esta Corte Suprema se ha hecho alegación alguna escrita ú oral en apoyo del recurso.

No encontrando razón alguna que aconseje la revocación ó modificación del fallo apelado, entendemos que debe confirmarse con las costas del recurso también á cargo de los apelantes.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary y Wolf.